# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIM. ACTION 3:19-CR-00162-S |
| JOEY EARL COOPER | § § | |

## ORDER

The Court referred the request for revocation of Defendant's Supervised Release to United States Magistrate Judge David L. Horan for consideration. The Court has received the Report and Recommendation of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court, and the time to the Report and Recommendation of the United States Magistrate Judge has passed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion and findings of the Court. It is further **ORDERED** that the Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of Twelve (12) months and One (1) day, with no further term of Supervised Release to follow. The Court recommends that the Defendant serve his sentence at FCI Texarkana.

**SO ORDERED.**

SIGNED December 28, 2020.

_[signature]_
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**